AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Samuel Love

Plaintiff(s),

V.

Bayside Inn at Wharf, LLC

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:20-cv-07188-TSH

Notice is hereby given that, subject to approval by the court, __Bayside Inn at Wharf, LLC__ substitutes
(Party (s) Name)

__Ashley N. Arnett__, State Bar No. __305162__ as counsel of record in
(Name of New Attorney)

place of __Michael Heath__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Seyfarth Shaw LLP
 Address: 601 South Figuerora Street, Suite 3300 Los Angeles, California 90017
 Telephone: (213) 270-9600   Facsimile (213) 270-9601
 E-Mail (Optional): aarnett@seyfarth.com

I consent to the above substitution.
Date: 12-10-2020

(Signature of Party (s))

I consent to being substituted.
Date: 12-10-2020

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/21/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]