Case 3:20-cv-07188-TSH   Document 12   Filed 12/21/20   Page 1 of 1

FILED
Dec 21 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Samuel Love
Plaintiff(s),

V.

Bayside Inn at Wharf, LLC
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:20-cv-07188-TSH

Notice is hereby given that, subject to approval by the court, **Bayside Inn at Wharf, LLC** substitutes
(Party(s) Name)

**Ashley N. Arnett**, State Bar No. **305162** as counsel of record in
(Name of New Attorney)

place of **Michael Heath**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Seyfarth Shaw LLP
Address: 601 South Figuerora Street, Suite 3300 Los Angeles, California 90017
Telephone: (213) 270-9600        Facsimile (213) 270-9601
E-Mail (Optional): aarnett@seyfarth.com

I consent to the above substitution.
Date: 12-10-2020
(Signature of Party(s))

I consent to being substituted.
Date: 12-10-2020
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/21/2020
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/21/2020
Thomas S. Hixson, U.S. Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]